■ In the Matter of FERNANDO L., a Person Alleged to be a Juvenile Delinquent, Appellant. [696 NYS2d 679] —Order, Family Court, Bronx County (Stewart Weinstein, J.), entered on or about April 23, 1998, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is granted (*see, Matter of Louise Wise Servs.*, 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Ellerin, P. J., Rosenberger, Tom, Lerner and Saxe, JJ.